No. 594. FIRST NATIONAL BANK OF AIKEN *v.* J. L. MOTT IRON WORKS. November 22, 1920. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina granted. *Mr. William S. Nelson* for petitioner. *Mr. D. S. Henderson* for respondent.

---

No. 595. PACIFIC MAIL STEAMSHIP COMPANY *v.* J. LUCAS. November 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Charles J. Heggerty* for petitioner. *Mr. Frederick Clayton Peterson* for respondent.

---

No. 603. UNITED ZINC AND CHEMICAL COMPANY *v.* VAN BRITT ET AL. November 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Henry D. Ashley* for petitioner. No appearance for respondents.

---

No. 605. ARTHUR J. DAHN *v.* WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS. December 6, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Walter C. Clephane* and *Mr. J. Wilmer Latimer* for petitioner. No brief filed for respondent.